JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CHRISTOPHER N. GLASGOW, | ) | Case No. CV 14-06151-SVW (DTB) |
|---|---|---|
| Petitioner, | ) | |
| | ) | **J U D G M E N T** |
| vs. | ) | |
| DEBBIE ASUNCION, Acting Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: September 8, 2016

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

1